CHARLES L. ROWLAND, Appellant, *v.* THOMAS F. ROWLAND, Respondent.

Reported below, 40 App. Div. 607.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1899, affirming a judgment in favor of defendant entered upon the report of a referee, and an order granting an extra allowance.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction; that the decision of the Appellate Division was unanimous, and that the exceptions are frivolous.

*Lockwood & Hill* for motion.

*Lyon & Smith* opposed.

Motion denied, with ten dollars costs.